# EXHIBIT 1

# DECLARATION OF ROSA ESCOBAR MEJIA

Rosa Escobar Mejia, being duly sworn, hereby states:

1. The decedent's name in this action is Carlos Escobar Mejia.
2. I am one of two surviving sisters of Carlos Escobar Mejia.
3. My brother, Carlos Escobar Mejia, died of COVID on or about 6 May 2020. Attached hereto as Exhibit A is his death certificate.
4. My brother, Carlos Escobar Mejia, never married and had no children.
5. My brother died intestate.
6. Both of our parents are dead.
7. I am the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) with respect to the interest of decedent's estate in this action.
8. No other person has a superior right to commence the action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 15, 2020

X [signature]
ROSA ESCOBAR MEJIA

# EXHIBIT A

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

ERNEST J. DRONENBURG, JR.
ASSESSOR/RECORDER/COUNTY CLERK

1 OF 4

## CERTIFICATE OF DEATH

STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11(REV 3/06)

STATE FILE NUMBER

LOCAL REGISTRATION NUMBER: 3202037008818

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT– FIRST (Given): CARLOS
2. MIDDLE: -
3. LAST (Family): ESCOBAR MEJIA
AKA. ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):
4. DATE OF BIRTH mm/dd/ccyy: 05/27/1962
5. AGE Yrs.: 57
IF UNDER ONE YEAR: Months / Days
IF UNDER 24 HOURS: Hours / Minutes
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: UNKNOWN
10. SOCIAL SECURITY NUMBER: UNKNOWN
11. EVER IN U.S. ARMED FORCES? [ ] YES [ ] NO [X] UNK
12. MARITAL STATUS/SRDP* (at Time of Death): UNKNOWN
7. DATE OF DEATH mm/dd/ccyy: 05/06/2020
8. HOUR (24 Hours): 0215
13. EDUCATION – Highest Level/Degree (see worksheet on back): UNKNOWN
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back): [X] YES HISPANIC [ ] NO
16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): HISPANIC
17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: UNKNOWN
18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.): UNKNOWN
19. YEARS IN OCCUPATION: UNK

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location): 7488 CALZADA DE LA FUENTE
21. CITY: SAN DIEGO
22. COUNTY/PROVINCE: SAN DIEGO
23. ZIP CODE: 92154
24. YEARS IN COUNTY: -
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: UNDER INVEASTIGATION, M.E. OFFICE
27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip): 5570 OVEWRLAND AVENUE, SAN DIEGO, CA 92123

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP*–FIRST: UNKNOWN
29. MIDDLE: UNKNOWN
30. LAST (BIRTH NAME): UNKNOWN
31. NAME OF FATHER/PARENT–FIRST: UNKNOWN
32. MIDDLE: UNKNOWN
33. LAST: UNKNOWN
34. BIRTH STATE: UNKNOWN
35. NAME OF MOTHER/PARENT–FIRST: UNKNOWN
36. MIDDLE: UNKNOWN
37. LAST (BIRTH NAME): UNKNOWN
38. BIRTH STATE: UNKNOWN

**FUNERAL DIRECTOR/ LOCAL REGISTRAR**

39. DISPOSITION DATE mm/dd/ccyy: -
40. PLACE OF FINAL DISPOSITION: -
41. TYPE OF DISPOSITION(S): PEND
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: S.D. COUNTY MEDICAL EXAMINER
45. LICENSE NUMBER: NONE
46. SIGNATURE OF LOCAL REGISTRAR: WILMA J WOOTEN, MD MPH
47. DATE mm/dd/ccyy: 05/15/2020

**PLACE OF DEATH**

101. PLACE OF DEATH: PARADISE VALLEY HOSPITAL
102. IF HOSPITAL, SPECIFY ONE: [X] IP [ ] ER/OP [ ] DOA
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [ ] Other
104. COUNTY: SAN DIEGO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 2400 E. 4TH STREET
106. CITY: NATIONAL CITY

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Time Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) ACUTE RESOPIRATORY FAILURE | (AT) DAYS |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) PNEUMONIA | (BT) DAYS |
| | (C) COVID-19 | (CT) DAYS |
| | (D) | (DT) |

108. DEATH REPORTED TO CORONER? [X] YES [ ] NO — REFERRAL NUMBER: 20-01211
109. BIOPSY PERFORMED? [ ] YES [X] NO
110. AUTOPSY PERFORMED? [ ] YES [X] NO
111. USED IN DETERMINING CAUSE? [ ] YES [ ] NO
112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: DIABETES MELLITUS; CHRONIC KIDNEY DISEASE
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.): S/P CHEST TUBE PLACEMENT, DATE UNKNOWN
113A. IF FEMALE, PREGNANT IN LAST YEAR? [ ] YES [ ] NO [ ] UNK

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy; Decedent Last Seen Alive (B) mm/dd/ccyy
115. SIGNATURE AND TITLE OF CERTIFIER:
116. LICENSE NUMBER:
117. DATE mm/dd/ccyy:
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH [X] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined
120. INJURED AT WORK? [ ] YES [ ] NO [ ] UNK
121. INJURY DATE mm/dd/ccyy:
122. HOUR (24 Hours):
123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.):
124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury):
125. LOCATION OF INJURY (Street and number, or location, and city, and zip):
126. SIGNATURE OF CORONER / DEPUTY CORONER: GLENN WAGNER
127. DATE mm/dd/ccyy: 05/06/2020
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: GLENN WAGNER, DO, CME

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | *010001004533427* | | |

CASANDIEO2

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk

Aug 27, 2020

Ernest J. Dronenburg, Jr.
Assessor/Recorder/County Clerk

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

THE NOBLEST MOTIVE IS THE PUBLIC GOOD — COUNTY OF SAN DIEGO — MDCCCLI

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

005055411

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

ERNEST J. DRONENBURG, JR.
ASSESSOR/RECORDER/COUNTY CLERK

2 OF 4

## AFFIDAVIT TO AMEND A RECORD

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052020105370
LOCAL REGISTRATION NUMBER: 3202037008818

1.1

☐ BIRTH ☒ DEATH ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| CARLOS | - | ESCOBAR MEJIA |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| M | 05/06/2020 | NATIONAL CITY | SAN DIEGO |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| UNKNOWN UNKNOWN UNKNOWN | UNKNOWN UNKNOWN UNKNOWN |

### PART II STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| AKA | | CARLOS |
| AKA | | ERNESTO |
| AKA | | ESCOBAR |
| 9 | UNKNOWN | EL SLVDR |
| 10 | UNKNOWN | 550212900 |
| 11 | UNK | NO |
| 12 | UNKNOWN | NEVER MARRIED |
| 13 | UNKNOWN | 8TH GRADE |
| 14/15 | HISPANIC | SALVADORIAN |
| 17 | UNKNOWN | CONSTRUCTION LABORER |
| 18 | UNKNOWN | CONSTRUCTION |
| 19 | UNK | 20 |
| 20 | 7488 CALZADA DE LA FUENTE | 317 E 108TH ST |
| 21 | SAN DIEGO | LOS ANGELES |
| 22 | SAN DIEGO | LOS ANGELES |
| 23 | 92154 | 90061 |
| 24 | - | 40 |
| 26 | UNDER INVEASTIGATION, M.E. OFFICE | ROSA ESCOBAR MEJIA, SISTER |
| 27 | 5570 OVEWRLAND AVENUE, SAN DIEGO, CA 92123 | 317 E 108TH ST, LOS ANGELES, CA 90061 |

REASON FOR CORRECTION

11. TO CORRECT THE RECORD

AFFIDAVITS AND SIGNATURES

TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

**We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.**

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ▶ MELIZA GONZALEZ | MELIZA GONZALEZ | MORTUARY REPRESENTATIVE |
| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | | 12E. DATE SIGNED—MM/DD/CCYY |
| 5353 E BEVERLY BLVD, LOS ANGELES, CA 90022 | | 05/19/2020 |
| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
| ▶ GENISIS TABAREZ | GENISIS TABAREZ | FUNERAL COUNSELOR |
| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | | 13E. DATE SIGNED—MM/DD/CCYY |
| 5353 E BEVERLY BLVD, LOS ANGELES, CA 90022 | | 05/19/2020 |

STATE/LOCAL REGISTRAR USE ONLY

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| ▶ STATE REGISTRAR - OFFICE OF VITAL RECORDS | 05/19/2020 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

*020101004543267*

FORM VS 24a (REV. 1/08)

1.1

CASANDIE02

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk

Aug 27, 2020

Ernest J. Dronenburg, Jr.
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

005055412

THE GREAT SEAL OF THE STATE OF CALIFORNIA EUREKA

THE NOBLEST MOTIVE IS THE PUBLIC GOOD COUNTY OF SAN DIEGO MDCCCLI

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

ERNEST J. DRONENBURG, JR.
ASSESSOR/RECORDER/COUNTY CLERK

3 OF 4

## AFFIDAVIT TO AMEND A RECORD

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

3052020105370 — STATE FILE NUMBER

3202037008818 — LOCAL REGISTRATION NUMBER

1.2

☐ BIRTH ☒ DEATH ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| CARLOS | - | ESCOBAR MEJIA |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| M | 05/06/2020 | NATIONAL CITY | SAN DIEGO |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| UNKNOWN UNKNOWN UNKNOWN | UNKNOWN UNKNOWN UNKNOWN |

### PART II STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 28 | UNKNOWN | - |
| 29 | UNKNOWN | - |
| 30 | UNKNOWN | - |
| 31 | UNKNOWN | GEREMIAS |
| 32 | UNKNOWN | - |
| 33 | UNKNOWN | ESCOBAR |
| 34 | UNKNOWN | EL SLVDR |
| 35 | UNKNOWN | ROSA |
| 36 | UNKNOWN | JOAQUINA |
| 37 | UNKNOWN | MEJIA |
| 38 | UNKNOWN | EL SLVDR |
| 39 | - | 05/19/2020 |
| 40 | -, | RESIDENCE OF: ROSA ESCOBAR MEJIA, 317 E 108TH ST, LOS ANGELES, CA 90061 |
| 41 | PEND | CR/RES |
| 44 | S.D. COUNTY MEDICAL EXAMINER | CONTINENTAL FUNERAL HOME |
| 45 | NONE | FD2079 |

REASON FOR CORRECTION

11. TO CORRECT THE RECORD

AFFIDAVITS AND SIGNATURES — TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

**We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.**

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| MELIZA GONZALEZ | MELIZA GONZALEZ | MORTUARY REPRESENTATIVE |

| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 5353 E BEVERLY BLVD, LOS ANGELES, CA 90022 | 05/19/2020 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| GENISIS TABAREZ | GENISIS TABAREZ | FUNERAL COUNSELOR |

| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 5353 E BEVERLY BLVD, LOS ANGELES, CA 90022 | 05/19/2020 |

STATE/LOCAL REGISTRAR USE ONLY

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| STATE REGISTRAR - OFFICE OF VITAL RECORDS | 05/19/2020 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

*020102004543267*

FORM VS 24a (REV. 1/08)

1.2

CASANDIEO2

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk

Aug 27, 2020

Ernest J. Dronenburg, Jr.
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

005055413

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

THE NOBLEST MOTIVE IS THE PUBLIC GOOD — COUNTY OF SAN DIEGO — MDCCCLI

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

ERNEST J. DRONENBURG, JR.
ASSESSOR/RECORDER/COUNTY CLERK

4 OF 4

## AFFIDAVIT TO AMEND A RECORD

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052020105370 2.1

LOCAL REGISTRATION NUMBER: 3202037008818

☐ BIRTH ☒ DEATH ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

**PART I INFORMATION TO LOCATE RECORD**

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| | | | |
|---|---|---|---|
| 1A. NAME—FIRST: CARLOS | 1B. MIDDLE: - | 1C. LAST: ESCOBAR MEJIA | |
| 2. SEX: M | 3. DATE OF EVENT—MM/DD/CCYY: 05/06/2020 | 4. CITY OF EVENT: NATIONAL CITY | 5. COUNTY OF EVENT: SAN DIEGO |
| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD: GEREMIAS - ESCOBAR | | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD: ROSA JOAQUINA MEJIA | |

**PART II STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD**

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 39 | 05/19/2020 | 05/29/2020 |
| 40 | RESIDENCE OF: ROSA ESCOBAR MEJIA, 317 E 108TH ST, LOS ANGELES, CA 90061 | HOLY CROSS CEMETERY, 5835 W SLAUSON AVE, CULVER CITY, CA 90230 |
| 41 | CR/RES | BU |

REASON FOR CORRECTION: 11. DECEDENT WILL BE BURIED

AFFIDAVITS AND SIGNATURES

TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

**We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.**

| | | |
|---|---|---|
| 12A. SIGNATURE OF FIRST PERSON: MELIZA GONZALEZ | 12B. PRINTED NAME: MELIZA GONZALEZ | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I: MORTUARY REPRESENTATIVE |
| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP): 5353 E BEVERLY BLVD, LOS ANGELES, CA 90022 | | 12E. DATE SIGNED—MM/DD/CCYY: 05/29/2020 |
| 13A. SIGNATURE OF SECOND PERSON: MAGDA MALDONADO | 13B. PRINTED NAME: MAGDA MALDONADO | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I: FUNERAL DIRECTOR |
| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP): 5353 E BEVERLY BLVD, LOS ANGELES, CA 90022 | | 13E. DATE SIGNED—MM/DD/CCYY: 06/01/2020 |

STATE/LOCAL REGISTRAR USE ONLY

| | |
|---|---|
| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR: STATE REGISTRAR - OFFICE OF VITAL RECORDS | 15. DATE ACCEPTED FOR REGISTRATION: 06/01/2020 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS "020201004555607" FORM VS 24a (REV. 1/08) 2.1

CASANDIEGO2

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk

Aug 27, 2020

Ernest J. Dronenburg, Jr.
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

005055414

THE GREAT SEAL OF THE STATE OF CALIFORNIA EUREKA

THE NOBLEST MOTIVE IS THE PUBLIC GOOD COUNTY OF SAN DIEGO MDCCCLI

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE