**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF CARLOS ESCOBAR MEJIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY ARCHAMBEAULT, et al., <br><br> Defendants. | Case No. 20-cv-2454-MMA (KSC) <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE AND TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS** <br><br> [Doc. No. 19] |

The parties jointly move to extend the briefing schedule and continue the hearing regarding Defendants' motion to dismiss. *See* Doc. No. 19. Good cause appearing, the Court **GRANTS** the parties' joint motion. The Court **RESETS** the hearing date for Defendants' motion to dismiss to **June 14, 2021** at 2:30 P.M. in Courtroom 3D. The Court **MODIFIES** the briefing schedule on the pending motion: Plaintiffs' opposition brief is due on or before **May 24, 2021**, and Defendants' reply brief is due on or before **June 7, 2021**.

   **IT IS SO ORDERED**.

Dated: May 5, 2021

HON. MICHAEL M. ANELLO
United States District Judge

1