**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

THE ESTATE OF CARLOS ESCOBAR
MEJIA, et al.,

Plaintiffs,

v.

GREGORY ARCHAMBEAULT, et al.,

Defendants.

Case No. 20-cv-2454-MMA (KSC)

**ORDER GRANTING PLAINTIFFS'
EX PARTE MOTION TO EXTEND
OPPOSITION BRIEF DEADLINE**

[Doc. No. 21]

Plaintiffs filed an ex parte motion to extend the due date of their opposition brief from May 24, 2021 to May 26, 2021. *See* Doc. No. 21 at 2. Plaintiffs represent that Defendants have no objection. *See id.*; Jun Decl., Doc. No. 21-1 ¶ 5. Good cause appearing, the Court **GRANTS** Plaintiffs' ex parte motion. The Court **EXTENDS** the deadline for Plaintiffs to file an opposition brief to **May 26, 2021**. All other dates and deadlines remain unchanged.

**IT IS SO ORDERED**.

Dated: May 24, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge

1

20-cv-2454-MMA (KSC)