UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE ESTATE OF CARLOS ESCOBAR MEJIA, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> GREGORY ARCHAMBEAULT, et al., <br><br>  Defendants. | Case No.: 20-CV-2454 JLS (KSC) <br><br> **ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |
|---|---|

Presently before the Court is Plaintiffs The Estate of Carlos Escobar Mejia, by and through its successor in interest Rosa Escobar, as well as Rosa Escobar, Maribel Escobar, and Juan Antonio Escobar's Amended Complaint (ECF No. 29). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: October 25, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge