# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF CARLOS ESCOBAR MEJIA by and through its successor in interest ROSA ESCOBAR, ROSA ESCOBAR,  MARIBEL ESCOBAR and JUAN ANTONIO ESCOBAR as individuals,

        Plaintiffs,

v.

UNITED STATES OF AMERICA; GREGORY ARCHAMBEAULT; JAMES DOBSON; CORECIVIC OF TENNESSEE LLC; CHRISTOPHER LAROSE; JOSEPH ROEMMICH; DOES 1-7, Inclusive, and ROES 1 through 10, Inclusive,

        Defendants.

CASE NO. 20-cv-2454-L-KSC

**ORDER GRANTING EXTENSION OF TIME TO FILE AN OPPOSITION TO CORECIVIC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pending before the Court is the Plaintiffs' ex parte motion to extend time to file an opposition to CoreCivic's Motion to Dismiss Second Amended Complaint

(ECF 34). Plaintiff's opposition to the motion to dismiss was due on November 8, 2021. Plaintiffs request a three-day extension of time to file the brief. Defendant opposes the request.

**Good cause appearing for the requested extension, the Court GRANTS the motion.**

**IT IS SO ORDERED**

Dated:  November 16, 2021

_____
Hon. M. James Lorenz
United States District Judge