# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF CARLOS ESCOBAR MEJIA et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA, et al

Defendants.

Case No.: 20-cv-2454-L (KSC)

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT UNITED STATES TO ANSWER SECOND AMENDED COMPLAINT**

Pending before the Court is the Parties' Joint Motion for Order Extending Deadline for the United States to Answer Second Amended Complaint (ECF No. 58). Good cause appearing, Defendant United States shall have until September 9, 2022, to answer the Second Amended Complaint.

**IT IS SO ORDERED**

DATED: August 11, 2022

_____
HON. M. JAMES LORENZ
United States District Judge