**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The Estate of Carlos Escobar Mejia by and through its successor in interest Rosa Escobar, Rosa Escobar, Maribel Escobar and Juan Antonio Escobar as individuals, | No. 20-cv-2454-L-KSC |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND ANSWER DEADLINE** |
| v. | |
| United States of America; Gregory Archambeault; James Dobson; CoreCivic of Tennessee LLC; Christopher LaRose; Joseph Roemmich; Does 1 Through 50, Inclusive, And Roes 1 through 50, Inclusive, | |
| Defendants. | |

Pending before the Court is the CoreCivic Defendants' ex parte motion to extend their response deadline. (ECF No. 60). CoreCivic did not submit the declaration or affidavit required for ex parte motions under the Local Rules. *See* Civ. L. R. 83.3(g). CoreCivic filed their motion on August 17, 2022. Plaintiffs have not filed any objection. *See* Standing Order For Civil Cases ("The court will rule upon simple administrative requests without requiring a response from the opposing party. If a party intends to oppose, the party must immediately contact chambers and request an opportunity to file an opposition.") CoreCivic needs additional time to review the

20-cv-2454

allegations. Based on an earlier joint motion with Plaintiffs, Defendant United States' response deadline is September 9, 2022. Good cause appearing, the CoreCivic Defendants shall have until **September 9, 2022**, to answer Plaintiffs' Second Amended Complaint.

    **IT IS SO ORDERED**

Dated:  August 19, 2022

Hon. M. James Lorenz
United States District Judge

2