RANDY S. GROSSMAN
United States Attorney
ERNEST CORDERO, JR.
Assistant U.S. Attorney
California Bar No. 131865
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-7478
Fax: (619) 546-7751
Email: ernest.cordero@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CARLOS ESCOBAR MEJIA by and through its successor in interest ROSA ESCOBAR, ROSA ESCOBAR, MARIBEL ESCOBAR and JUAN ANTONIO ESCOBAR as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; GREGORY ARCHAMBEAULT; JAMES DOBSON; CORECIVIC OF TENNESSEE LLC; CHRISTOPHER LAROSE; JOSEPH ROEMMICH; DOES 1-7, Inclusive, and ROES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 20-cv-2454-L (KSC)<br><br><br><br>**DFENDANT UNITED STATES' ANSWER TO SECOND AMENDED COMPLAINT** |

The United States ("Defendant") answers Plaintiffs' Second Amended Complaint (the, "Complaint") as follows:

## INTRODUCTION

The allegations contained in Plaintiffs' "Introduction" constitute argument to which

no response is required. To the extent a response is required, Defendant denies the allegations.

1. Answering Paragraph 1, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

2. Answering Paragraph 2, Defendant admits Plaintiffs filed an administrative claim that has been denied. The remainder of the allegations in Paragraph 2 are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies the allegations.

3. Answering Paragraph 3, Defendant admits the allegations.

4. Answering Paragraph 4, Defendant realleges its responses to all prior paragraphs as if fully set forth herein.

5. Answering Paragraph 5, Defendant admits that decedent Carlos Escobar died in San Diego County. Defendant lacks sufficient information to form a belief as to the remaining allegations contained in Paragraph 5 and on that basis denies the allegations.

6. Answering Paragraph 6, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

7. Answering Paragraph 7, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

8. Answering Paragraph 8, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

9. Answering Paragraph 9, Defendant admits the allegations.

10. Answering Paragraph 10, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

11. Answering Paragraph 11, Defendant admits that CoreCivic is a business that operates prisons and other correctional facilities in the United States under contract with

20-cv-2454-L (KSC)

various government entities. Defendant lacks sufficient information to form a belief as to the remaining allegations contained in Paragraph 11 and on that basis denies the allegations.

12.    Answering Paragraph 12, Defendant admits the allegations.

13.    Answering Paragraph 13, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

14.    Answering Paragraph 14, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

15.    Answering Paragraph 15, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

16.    Answering Paragraph 16, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

17.    Answering Paragraph 17, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

18.    Answering Paragraph 18, Defendant admits that Defendant Gregory J. Archambeault was the San Diego Field Office Director for ICE Enforcement and Removal Operations (ERO), a component of the U.S. Department of Homeland Security ("DHS"). The remainder of the allegations in Paragraph 18 are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies the allegations.

19.    Answering Paragraph 19, Defendant admits that Defendant James Dobson was the Otay Mesa Detention Center officer in charge of immigration detention operations. The remainder of the allegations in Paragraph 19 are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies the allegations.

20.    Answering Paragraph 20, the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies the allegations.

20-cv-2454-L (KSC)

21.     Answering Paragraph 21, Defendant admits that ICE Health Services Corps (IHSC) was involved in running the medical unit at Otay Mesa. The remainder of the allegations in Paragraph 21 are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies the allegations.

22.     Answering Paragraph 22, Defendant admits the allegations as to Defendants Archambeault and Dobson. Defendant lacks sufficient information to form a belief as to the remaining allegations contained in Paragraph 22 and on that basis denies the allegations.

23.     Answering Paragraph 23, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

24.     Answering Paragraph 24, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

25.     Answering Paragraph 25, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

26.     Answering Paragraph 26, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

27.     Answering Paragraph 27, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

28.     Answering Paragraph 28, Defendant realleges its responses to the allegations contained in Paragraphs 1–27 of the Complaint.

29.     Answering Paragraph 29, Defendant admits the allegations.

30.     Answering Paragraph 30, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

31.     Answering Paragraph 31, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

32.     Answering Paragraph 32, Defendant admits the allegations.

33.     Answering Paragraph 33, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

34.    Answering Paragraph 34, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

35.    Answering Paragraph 35, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

36.    Answering Paragraph 36, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

37.    Answering Paragraph 37, Defendant admits the allegations.

38.    Answering Paragraph 38, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

39.    Answering Paragraph 39, Defendant admits the allegations.

40.    Answering Paragraph 40, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

41.    Answering Paragraph 41, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

42.    Answering Paragraph 42, Defendant admits the allegations.

43.    Answering Paragraph 43, Defendant admits the allegations.

44.    Answering Paragraph 44, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

45.    Answering Paragraph 45, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

46.    Answering Paragraph 46, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

47.    Answering Paragraph 47, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

20-cv-2454-L (KSC)

48.    Answering Paragraph 48, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

49.    Answering Paragraph 49, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

50.    Answering Paragraph 50, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

51.    Answering Paragraph 51, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

52.    Answering Paragraph 52, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

53.    Answering Paragraph 47, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

54.    Answering Paragraph 47, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

55.    Answering Paragraph 55, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

56.    Answering Paragraph 56, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

57.    Answering Paragraph 57, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

58. Answering Paragraph 58, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

59. Answering Paragraph 59, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

60. Answering Paragraph 60, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

61. Answering Paragraph 61, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

62. Answering Paragraph 62, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

63. Answering Paragraph 63, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

64. Answering Paragraph 64, Defendant admits the allegations.

65. Answering Paragraph 65, Defendant admits the allegations.

66. Answering Paragraph 66, Defendant admits there was no effective cure to COVID-19. The remainder of the allegations constitute medical opinions and argument related thereto, about which Defendant has insufficient information and is unable to formulate a belief, and on that basis denies them.

67. Answering Paragraph 67, Defendant asserts that the allegations concern medical opinions and argument related thereto, about which Defendant has insufficient information and is unable to formulate a belief, and on that basis denies them.

68. Answering Paragraph 68, Defendant asserts that the allegations concern medical opinions and argument related thereto, about which Defendant has insufficient information and is unable to formulate a belief, and on that basis denies them.

69. Answering Paragraph 69, Defendant asserts that the allegations concern medical opinions and argument related thereto, about which Defendant has insufficient information and is unable to formulate a belief, and on that basis denies them.

20-cv-2454-L (KSC)

70.    Answering Paragraph 70, Defendant asserts that the allegations concern medical opinions and argument related thereto, about which Defendant has insufficient information and is unable to formulate a belief, and on that basis denies them.

71.    Answering Paragraph 71, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

72.    Answering Paragraph 72, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

73.    Answering Paragraph 73, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

74.    Answering Paragraph 74, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

75.    Answering Paragraph 75, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

76.    Answering Paragraph 76, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

77.    Answering Paragraph 77, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

78.    Answering Paragraph 78, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

79.    Answering Paragraph 79, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

80.    Answering Paragraph 80, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

81.    Answering Paragraph 81, Defendant denies the allegations.

82.    Answering Paragraph 82, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

83.    Answering Paragraph 83, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

84. Answering Paragraph 84, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

85. Answering Paragraph 85, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

86. Answering Paragraph 86, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

87. Answering Paragraph 87, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

88. Answering Paragraph 88, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

89. Answering Paragraph 89, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

90. Answering Paragraph 90, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

91. Answering Paragraph 91, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

92. Answering Paragraph 92, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

93. Answering Paragraph 93, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

94. Answering Paragraph 94, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

95. Answering Paragraph 95, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

96. Answering Paragraph 96, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

97. Answering Paragraph 97, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

98. Answering Paragraph 98, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

99. Answering Paragraph 99, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

100. Answering Paragraph 100, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

101. Answering Paragraph 101, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

102. Answering Paragraph 102, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

103. Answering Paragraph 103, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

104. Answering Paragraph 104, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

105. Answering Paragraph 105, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

106. Answering Paragraph 106, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

107. Answering Paragraph 107, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

108. Answering Paragraph 108, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

109. Answering Paragraph 109, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

110. Answering Paragraph 110, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

111. Answering Paragraph 111, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

112. Answering Paragraph 112, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

113. Answering Paragraph 113, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

114. Answering Paragraph 114, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

115. Answering Paragraph 115, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

116. Answering Paragraph 116, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

117. Answering Paragraph 117, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

118. Answering Paragraph 118, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

119. Answering Paragraph 119, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

120. Answering Paragraph 120, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

121. Answering Paragraph 121, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

122. Answering Paragraph 122, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

123. Answering Paragraph 123, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

124. Answering Paragraph 124, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

125. Answering Paragraph 125, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

126.    Answering Paragraph 126, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

127.    Answering Paragraph 127, Defendant admits that ICE Health Services Corps is involved in contracting, staffing and oversight of mental and medical health services provided at Otay Mesa. The remaining allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

128.    Answering Paragraph 128, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

129.    Answering Paragraph 129, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

130.    Answering Paragraph 130, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

131.    Answering Paragraph 131, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

132.    Answering Paragraph 132, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

133.    Answering Paragraph 133, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

134.    Answering Paragraph 134, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

135.    Answering Paragraph 135, Defendant denies the allegations.

136.    Answering Paragraph 136, Defendant admits that Mr. Escobar was sent to Paradise Valley Hospital on April 24, 2020. Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

137.   Answering Paragraph 137, Defendant denies the allegations.

138.   Answering Paragraph 138, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

139.   Answering Paragraph 13, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

140.   Answering Paragraph 140, Defendant admits the allegations.

141.   Answering Paragraph 141, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

142.   Answering Paragraph 142, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

143.   Answering Paragraph 143, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

144.   Answering Paragraph 144, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

145.   Answering Paragraph 145, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

146.   Answering Paragraph 146, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

147.   Answering Paragraph 147, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

148.   Answering Paragraph 148, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

149.   Answering Paragraph 149, Defendant denies the allegations.

150.   Answering Paragraph 150, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

151.   Answering Paragraph 151, Defendant admits that as of April 10, 2020, ICE had put into place its COVID 19 Pandemic Response Requirements (ERO PPR).

20-cv-2454-L (KSC)

152.    Answering Paragraph 152, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

153.    Answering Paragraph 153, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

154.    Answering Paragraph 154, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

155.    Answering Paragraph 155, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

156.    Answering Paragraph 156, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

157.    Answering Paragraph 157, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

158.    Answering Paragraph 158, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

159.    Answering Paragraph 159, Defendant denies the allegations.

160.    Answering Paragraph 160, Defendant denies the allegations.

161.    Answering Paragraph 161, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

162.    Answering Paragraph 162, Defendant admits the allegations.

20-cv-2454-L (KSC)

163. Answering Paragraph 163, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

164. Answering Paragraph 164, Defendant admits the allegations.

165. Answering Paragraph 165, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

166. Answering Paragraph 166, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

167. Answering Paragraph 167, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

168. Answering Paragraph 168, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

169. Answering Paragraph 169, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

170. Answering Paragraph 170, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

171. Answering Paragraph 171, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

172. Answering Paragraph 172, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

20-cv-2454-L (KSC)

173.   Answering Paragraph 173, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

174.   Answering Paragraph 174, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

175.   Answering Paragraph 175, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

176.   Answering Paragraph 176, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

177.   Answering Paragraph 177, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

178.   Answering Paragraph 178, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

179.   Answering Paragraph 179, Defendant asserts that the OIG report speaks for itself, and admits the allegations to the extent they accurately quote or cite the OIG report. To the extent they do not, the allegations are denied.

180.   Answering Paragraph 180, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

181.   Answering Paragraph 181, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

182.   Answering Paragraph 182, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

183.   Answering Paragraph 183, Defendant realleges its responses to the allegations in Paragraphs 1–182 of the Complaint.

20-cv-2454-L (KSC)

184.    Answering Paragraph 184, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

185.    Answering Paragraph 185, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

186.    Answering Paragraph 186, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

187.    Answering Paragraph 187, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

188.    Answering Paragraph 188, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

189.    Answering Paragraph 189, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

190.    Answering Paragraph 190, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

191.    Answering Paragraph 191, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

192.    Answering Paragraph 192, Defendant lacks information sufficient to form a belief as to the truth of the allegations concerning Roe defendants, and on that basis denies them. Defendant denies the allegations concerning Archambeault and Dobson.

193.    Answering Paragraph 193, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

20-cv-2454-L (KSC)

194. Answering Paragraph 194, Defendant admits the federal government does not have discretion to violate the United States Constitution. Defendant asserts that the remaining allegations are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

195. Answering Paragraph 195, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

196. Answering Paragraph 196, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

197. Answering Paragraph 197, Defendant asserts that the policy speaks for itself, and admits the allegations to the extent they accurately quote the policy. To the extent they do not, the allegations are denied.

198. Answering Paragraph 198, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

199. Answering Paragraph 199, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

200. Answering Paragraph 200, Defendant denies the allegations.

201. Answering Paragraph 201, Defendant admits the allegations.

202. Answering Paragraph 202, Defendant admits the allegations.

203. Answering Paragraph 203, Defendant realleges its responses to the allegations in Paragraphs 1–202 of the Complaint.

204. Answering Paragraph 204, Defendant denies the allegations.

205. Answering Paragraph 205, Defendant denies the allegations.

206. Answering Paragraph 206, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

207.    Answering Paragraph 207, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

208.    Answering Paragraph 208, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

209.    Answering Paragraph 209, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

210.    Answering Paragraph 210, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

211.    Answering Paragraph 211, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

212.    Answering Paragraph 212, Defendant denies the allegations.

213.    Answering Paragraph 213, Defendant denies the allegations.

214.    Answering Paragraph 214, Defendant realleges its responses to the allegations in Paragraphs 1–213 of the Complaint.

215.    Answering Paragraph 215, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

216.    Answering Paragraph 216, Defendant denies the allegations.

217.    Answering Paragraph 217, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

218.    Answering Paragraph 218, Defendant lacks information sufficient to form a belief as to the truth of the allegations about Doe defendants contained therein, and on that basis denies them. Defendant denies the remaining allegations.

219.    Answering Paragraph 219, Defendant lacks information sufficient to form a belief as to the truth of the allegations about Roe defendants contained therein, and on that basis denies them. Defendant denies the remaining allegations.

20-cv-2454-L (KSC)

220. Answering Paragraph 220, Defendant denies the allegations.

221. Answering Paragraph 221, Defendant denies the allegations.

222. Answering Paragraph 222, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

223. Answering Paragraph 223, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

224. Answering Paragraph 224, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

225. Answering Paragraph 225, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

226. Answering Paragraph 226, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

227. Answering Paragraph 227, Defendant denies the allegations.

228. Answering Paragraph 228, Defendant admits the allegations.

229. Answering Paragraph 229, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

230. Answering Paragraph 230, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

231. Answering Paragraph 231, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

232. Answering Paragraph 232, Defendant asserts that the allegations contained therein are legal conclusions dand/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

20-cv-2454-L (KSC)

233. Answering Paragraph 233, Defendant denies the allegations.

234. Answering Paragraph 234, Defendant lacks information sufficient to form a belief as to the truth of the allegations about Roe defendants contained therein, and on that basis denies them. Defendant denies the remaining allegations.

235. Answering Paragraph 235, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

236. Answering Paragraph 236, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

237. Answering Paragraph 237, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

## PRAYER FOR RELIEF

In response to the paragraphs in Plaintiff's Prayer for Relief, no answer is necessary. To the extent those paragraphs require an answer, Defendant denies generally and specifically, each, all, and every allegation in these paragraphs and asserts that Plaintiffs should take nothing in this suit.

## AFFIRMATIVE AND OTHER DEFENSES

1. The Complaint fails to state a claim upon which relief may be granted.

2. Plaintiffs are proportionately barred from recovery by their or decedent's comparative fault.

3. To the extent the acts or omissions of others were the sole proximate causes of any injury, damage, or loss to the Plaintiffs, those acts and omissions have superseded any acts or omissions of Defendant.

4. The liability of Defendant, if any, and responsible parties, named or unnamed, if any, should be apportioned according to their respective degrees of fault, and any liability should be reduced accordingly.

20-cv-2454-L (KSC)

5.    Defendant asserts, as an affirmative defense, California Civil Code § 1431.2(a), which provides:

> In any action for personal injury, property damage, or wrongful death, based upon principles of comparative fault, the liability of each defendant for non-economic damages shall be several only and shall not be joint. Each defendant shall be liable only for the amount of non-economic damages allocated to that defendant in direct proportion to that defendant's percentage of fault, and a separate judgment shall be rendered against that defendant for that amount.

6.    To the extent Plaintiffs failed to exercise reasonable care in mitigating their damages, their claims must be barred or diminished.

7.    Income taxes must be deducted from the alleged past and future lost earnings, if any.

8.    In the event Defendant is found liable, which Defendant expressly denies, Defendant is entitled to an offset against damages, if any, for all amounts received by Plaintiffs from any other source for their alleged injuries.

WHEREFORE, Defendant prays that Plaintiffs take nothing by their Complaint, that this action be dismissed in its entirety, for Defendant's costs of suit incurred herein, and for such other relief as the Court may deem just and proper.

DATED: September 9, 2022             Respectfully submitted,

                                     RANDY S. GROSSMAN
                                     United States Attorney

                                     /s/ *Ernest Cordero, Jr.*
                                     ERNEST CORDERO, JR.
                                     Assistant U.S. Attorney

                                     Attorneys for Defendant
                                     United States of America

20-cv-2454-L (KSC)