UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CARLOS ESCOBAR MEJIA at al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA et al.,<br><br>                              Defendants. | Case No.:  20-cv-2454-L-KSC<br><br>**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AS TO GREGORY ARCHAMBEAULT AND JAMES DOBSON [Doc. No. 52]** |

The parties jointly moved to stay discovery in this matter as to individual defendants Gregory J. Archambeault and James Dobson for a period of 120 days or until the District Court rules on Archambeault and Dobson's pending Motion to Dismiss, whichever event occurs first. *See* Doc. No. 52.

////

////

////

////

////

////

1

Good cause appearing, the Court **GRANTS** the Joint Motion. The Court stays discovery as to defendants Archambeault and Dobson. Archambeault and Dobson are likewise excused from compliance with this Court's September 12, 2022, Notice and Order [Doc. No. 65] for a period of 120 days or until the District Court rules on Archambeault and Dobson's motion to dismiss, whichever occurs first. The Court **DIRECTS** the parties to give this Court notice of any ruling on the Motion to Dismiss within five (5) days of the issuance of any Order.

Dated: October 7, 2022

Hon. Karen S. Crawford
United States Magistrate Judge

20-cv-2454-L-KSC