# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CARLOS ESCOBAR MEJIA et al,<br><br>             Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; GREGORY ARCHAMBEAULT, et al,<br><br>             Defendants. | CASE NO. 20-cv-2454-L-KSC<br><br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED EX PARTE MOTION TO FILE THIRD AMENDED COMPLAINT. [ECF NO. 90.]** |

Pending before the Court is Plaintiffs' unopposed *ex parte* motion to file a Third Amended Complaint [ECF 90.] Plaintiffs seek leave to file the amended complaint to name a newly discovered independent contractor and an employee as defendants in this case.

Good cause appearing, the Court **GRANTS** the unopposed *ex parte* motion. Plaintiffs may file the Third Amended Complaint no later than June 16, 2023.

**IT IS SO ORDERED**

Dated:  June 12, 2023

Hon. M. James Lorenz
United States District Judge