RANDY S. GROSSMAN
United States Attorney
ERNEST CORDERO, JR.
Assistant U.S. Attorney
California Bar No. 131865
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-7478
Fax: (619) 546-7751
Email: ernest.cordero@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CARLOS ESCOBAR MEJIA by and through its successor in interest ROSA ESCOBAR, ROSA ESCOBAR, MARIBEL ESCOBAR and JUAN ANTONIO ESCOBAR as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; CORECIVIC OF TENNESSEE LLC; CHRISTOPHER LAROSE; JOSEPH ROEMMICH; STG INTERNATIONAL, INC.; TEZITA BE-EMNET; AND ROES 2 through 6 AND ROES 8-10, Inclusive,<br><br>Defendants. | Case No.: 20-cv-2454-L (KSC)<br><br><br><br>**DFENDANT UNITED STATES' ANSWER TO THIRD AMENDED COMPLAINT** |

The United States of America ("Defendant") answers Plaintiffs' Third Amended Complaint (the, "Complaint") as follows:

### INTRODUCTION

The allegations contained in Plaintiffs' "Introduction" constitute argument to which

no response is required. To the extent a response is required, Defendant denies the allegations.

1.      Answering Paragraph 1, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required.  To the extent such allegations contain alleged facts, Defendant denies said allegations.

2.      Answering Paragraph 2, Defendant admits Plaintiffs filed an administrative claim that has been denied. The remainder of the allegations in Paragraph 2 are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies the allegations.

3.      Answering Paragraph 3, Defendant admits the allegations.

4.      Answering Paragraph 4, Defendant realleges its responses to all prior paragraphs as if fully set forth herein.

5.      Answering Paragraph 5, Defendant admits that decedent Carlos Escobar died in San Diego County. Defendant also admits that the named individuals are Plaintiffs in this case. Defendant lacks sufficient information to form a belief as to the remaining allegations contained in Paragraph 5 and on that basis denies the allegations.

6.      Answering Paragraph 6, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

7.      Answering Paragraph 7, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

8.      Answering Paragraph 8, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

9.      Answering Paragraph 9, Defendant admits the allegations.

10.      Answering Paragraph 10, Defendant asserts that neither Archambeault nor Dobson are defendants in this suit and that the United States is the only federal defendant. The remaining allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

20-cv-2454-L (KSC)

11.    Answering Paragraph 11, Defendant admits that CoreCivic is a business that operates prisons and other correctional facilities in the United States under contract with various government entities. Defendant lacks sufficient information to form a belief as to the remaining allegations contained in Paragraph 11 and on that basis denies the allegations.

12.    Answering Paragraph 12, Defendant admits the allegations.

13.    Answering Paragraph 13, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

14.    Answering Paragraph 14, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

15.    Answering Paragraph 15, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

16.    Answering Paragraph 16, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

17.    Answering Paragraph 17, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

18.    Answering Paragraph 18, Defendant admits that Defendant Gregory J. Archambeault was the San Diego Field Office Director for ICE Enforcement and Removal Operations (ERO), a component of the U.S. Department of Homeland Security ("DHS"). The remainder of the allegations in Paragraph 18 are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies the allegations.

19.    Answering Paragraph 19, Defendant admits that Defendant James Dobson was the Otay Mesa Detention Center officer in charge of immigration detention operations. The remainder of the allegations in Paragraph 19 are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies the allegations.

20-cv-2454-L (KSC)

20. Answering Paragraph 20, the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies the allegations.

21. Answering Paragraph 21, Defendant admits that employees of STG International, Inc. worked in the medical unit at the Otay Mesa Detention Center. The remainder of the allegations in Paragraph 21 are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies the allegations.

22. Answering Paragraph 22, Defendant admits the allegations.

23. Answering Paragraph 23, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

24. Answering Paragraph 24, Defendant admits the truth of the allegations.

25. Answering Paragraph 25, Defendant admits the allegations as to Archambeault and Dobson, but denies them as to the other individuals.

26. Answering Paragraph 26, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

27. Answering Paragraph 27, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

28. Answering Paragraph 28, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

29. Answering Paragraph 29, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

30. Answering Paragraph 30, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

31. Answering Paragraph 31, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

32. Answering Paragraph 32, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

33.     Answering Paragraph 33, Defendant realleges its responses to the allegations contained in Paragraphs 1–32 of the Complaint.

34.     Answering Paragraph 34, Defendant admits the allegations.

35.     Answering Paragraph 35, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

36.     Answering Paragraph 36, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

37.     Answering Paragraph 32, Defendant admits the allegations.

38.     Answering Paragraph 38, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

34.     Answering Paragraph 34, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

35.     Answering Paragraph 35, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

36.     Answering Paragraph 36, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

37.     Answering Paragraph 37, Defendant admits the allegations.

38.     Answering Paragraph 38, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

39.     Answering Paragraph 39, Defendant admits the allegations.

40.     Answering Paragraph 40, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

41.     Answering Paragraph 41, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

42.     Answering Paragraph 42, Defendant admits the allegations.

43.     Answering Paragraph 43, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

44.     Answering Paragraph 44, Defendant admits the allegations.

20-cv-2454-L (KSC)

45. Answering Paragraph 45, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

46. Answering Paragraph 46, Defendant admits Mr. Escobar suffered from high blood pressure and heart problems.

47. Answering Paragraph 47, Defendant admits the allegations.

48. Answering Paragraph 48, Defendant admits the allegations.

49. Answering Paragraph 48, Defendant is unable to admit or deny the allegations due to uncertainty as to the use of "typically" in the allegations, and on that basis denies them.

50. Answering Paragraph 50, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

51. Answering Paragraph 51, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

52. Answering Paragraph 52, Defendant denies the allegations.

53. Answering Paragraph 53, Defendant denies the allegations.

54. Answering Paragraph 54, Defendant admits that STG contracts with the federal government to provide healthcare services, but lacks information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies them.

55. Answering Paragraph 55, Defendant denies Archambeault and Dobson ratified any tortious conduct of STG. Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies them.

56. Answering Paragraph 56, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

57. Answering Paragraph 57, Defendant asserts that the allegations contained therein are legal conclusions dand/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

20-cv-2454-L (KSC)

58.    Answering Paragraph 58, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

59.    Answering Paragraph 59, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

60.    Answering Paragraph 60, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

61.    Answering Paragraph 61, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

62.    Answering Paragraph 62, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

63.    Answering Paragraph 63, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

64.    Answering Paragraph 64, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

65.    Answering Paragraph 65, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

66.    Answering Paragraph 66, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

67.    Answering Paragraph 67, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

68.    Answering Paragraph 68, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

69.    Answering Paragraph 69, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

70. Answering Paragraph 70, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

71. Answering Paragraph 71, Defendant asserts that the Paragraph does not contain charging allegations against Defendant, and on that basis does not require a response. To the extent a response is required, the allegations are denied.

72. Answering Paragraph 72, Defendant asserts that the Paragraph does not contain charging allegations against Defendant, and on that basis does not require a response. To the extent a response is required, the allegations are denied.

73. Answering Paragraph 73, Defendant asserts that the Paragraph does not contain charging allegations against Defendant, and on that basis does not require a response. To the extent a response is required, the allegations are denied.

74. Answering Paragraph 74, Defendant asserts that the Paragraph does not contain charging allegations against Defendant, and on that basis does not require a response. To the extent a response is required, the allegations are denied.

75. Answering Paragraph 75, Defendant asserts that the Paragraph does not contain charging allegations against Defendant, and on that basis does not require a response. To the extent a response is required, the allegations are denied.

76. Answering Paragraph 76, Defendant asserts that the Paragraph does not contain charging allegations against Defendant, and on that basis does not require a response. To the extent a response is required, the allegations are denied.

77. Answering Paragraph 77, Defendant asserts that the Paragraph does not contain charging allegations against Defendant, and on that basis does not require a response. To the extent a response is required, the allegations are denied.

78. Answering Paragraph 78, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

79. Answering Paragraph 79, Defendant denies it was aware of risks and did nothing about them. Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

80.    Answering Paragraph 80, Defendant asserts that the Paragraph does not contain charging allegations against Defendant, and on that basis does not require a response. To the extent a response is required, the allegations are denied.

81.    Answering Paragraph 81, Defendant asserts that the Paragraph does not contain charging allegations against Defendant, and on that basis does not require a response. To the extent a response is required, the allegations are denied.

82.    Answering Paragraph 82, Defendant asserts that the Paragraph does not contain charging allegations against Defendant, and on that basis does not require a response. To the extent a response is required, the allegations are denied.

83.    Answering Paragraph 83, Defendant asserts that the Paragraph does not contain charging allegations against Defendant, and on that basis does not require a response. To the extent a response is required, the allegations are denied.

84.    Answering Paragraph 84, Defendant admits that it generally was aware of the potential grave nature of COVID-19 as to certain members of the population and its rapid transmissions under particular circumstances, but Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies them.

85.    Answering Paragraph 85, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

86.    Answering Paragraph 86, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

87.    Answering Paragraph 87, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

88.    Answering Paragraph 88, Defendant denies the allegations.

89.    Answering Paragraph 89, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

90.    Answering Paragraph 90, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

91. Answering Paragraph 91, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

92. Answering Paragraph 92, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

93. Answering Paragraph 93, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

94. Answering Paragraph 94, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

95. Answering Paragraph 95, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

96. Answering Paragraph 96, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

97. Answering Paragraph 97, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

98. Answering Paragraph 98, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

99. Answering Paragraph 99, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

100. Answering Paragraph 100, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

101. Answering Paragraph 101, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

102. Answering Paragraph 102, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

103. Answering Paragraph 103, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

104. Answering Paragraph 104, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

105. Answering Paragraph 105, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

106. Answering Paragraph 106, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

107. Answering Paragraph 107, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

108. Answering Paragraph 108, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

109. Answering Paragraph 109, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

110. Answering Paragraph 110, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

111. Answering Paragraph 111, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

112. Answering Paragraph 112, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

113. Answering Paragraph 113, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

114. Answering Paragraph 114, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

115. Answering Paragraph 115, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

116. Answering Paragraph 116, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

117. Answering Paragraph 117, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

118. Answering Paragraph 118, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

119. Answering Paragraph 119, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

120. Answering Paragraph 120, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

121. Answering Paragraph 121, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

122. Answering Paragraph 122, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

123. Answering Paragraph 123, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

124. Answering Paragraph 124, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

125. Answering Paragraph 125, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

126. Answering Paragraph 126, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

127. Answering Paragraph 127, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

128. Answering Paragraph 128, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

129. Answering Paragraph 129, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

130. Answering Paragraph 130, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

131. Answering Paragraph 131, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

132. Answering Paragraph 132, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

133. Answering Paragraph 133, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

134. Answering Paragraph 134, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

135. Answering Paragraph 135, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

136. Answering Paragraph 136, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

137. Answering Paragraph 137, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

138. Answering Paragraph 138, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

139. Answering Paragraph 139, Defendant admits that ICE Health Services Corps plays a role in contracting, staffing and oversight of health services at Otay Mesa. The remaining allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

140. Answering Paragraph 140, Defendant admits that the government entered into a contract with Defendant STG to provide health services at Otay Mesa. Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies them.

141. Answering Paragraph 141, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies said allegations.

142. Answering Paragraph 142, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

143. Answering Paragraph 143, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies said allegations.

144. Answering Paragraph 144, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

145. Answering Paragraph 145, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

146. Answering Paragraph 146, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

147. Answering Paragraph 147, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

148. Answering Paragraph 148, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

149. Answering Paragraph 149, Defendant denies the allegations.

150. Answering Paragraph 150, Defendant admits that Mr. Escobar was sent to Paradise Valley Hospital on April 24, 2020. Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies them.

151. Answering Paragraph 151, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies said allegations.

152. Answering Paragraph 152, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

153. Answering Paragraph 153, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

154. Answering Paragraph 154, Defendant admits the allegations.

155. Answering Paragraph 155, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

156. Answering Paragraph 156, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

157. Answering Paragraph 157, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

158. Answering Paragraph 158, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

159. Answering Paragraph 159, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

160. Answering Paragraph 160, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

161. Answering Paragraph 161, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

162. Answering Paragraph 162, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

163. Answering Paragraph 163, Defendant asserts that the allegations contained therein concerning constitutional violations are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies said allegations. Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies them.

164. Answering Paragraph 164, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

165. Answering Paragraph 165, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

166. Answering Paragraph 166, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

167. Answering Paragraph 167, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

168.  Answering Paragraph 168, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

169.  Answering Paragraph 169, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

170.  Answering Paragraph 170, Defendant admits Mr. Escobar suffered from diabetes and a leg amputation. Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies them.

171.  Answering Paragraph 171, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

172.  Answering Paragraph 172, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

173.  Answering Paragraph 173, Defendant asserts that the allegations contained therein concerning an unreasonable delay constitutes a legal conclusion and/or argument to which no response is required. To the extent a response is required, Defendant denies said allegations. Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies them.

174.  Answering Paragraph 174, Defendant asserts that the allegations contained therein concerning deliberate indifference are legal conclusions and/or arguments to which no response is required. To the extent a response is required, Defendant denies said allegations. Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies them.

176.  Answering Paragraph 176, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

177.  Answering Paragraph 177, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

178.  Answering Paragraph 178, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center.

20-cv-2454-L (KSC)

179.    Answering Paragraph 179, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

180.    Answering Paragraph 180, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

181.    Answering Paragraph 181, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

182.    Answering Paragraph 182, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

183.    Answering Paragraph 183, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

184.    Answering Paragraph 184, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

185.    Answering Paragraph 185, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

20-cv-2454-L (KSC)

186.    Answering Paragraph 186, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

187.    Answering Paragraph 187, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

188.    Answering Paragraph 188, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

189.    Answering Paragraph 189, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

190.    Answering Paragraph 190, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

191.    Answering Paragraph 191, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

192.    Answering Paragraph 192, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

20-cv-2454-L (KSC)

193. Answering Paragraph 193, Defendant admits that OIG issued an investigative report regarding the Otay Mesa Detention Center. The remaining allegations constitute an interpretation of the report to which no response is required. To the extent a response is required, the allegations are denied.

194. Answering Paragraph 194, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

195. Answering Paragraph 195, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

196. Answering Paragraph 196, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

## FIRST CAUSE OF ACTION

## (NEGLIGENCE)

197. Defendant realleges its responses to the allegations in Paragraphs 1 through 196.

198. Answering Paragraph 198, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

199. Answering Paragraph 199, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

200. Answering Paragraph 200, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

201. Answering Paragraph 201, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

20-cv-2454-L (KSC)

202.   Answering Paragraph 202, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

203.   Answering Paragraph 203, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

204.   Answering Paragraph 204, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

205.   Answering Paragraph 205, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

206.   Answering Paragraph 206, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

207.   Answering Paragraph 207, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

208.   Answering Paragraph 208, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

209.   Answering Paragraph 209, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

210.   Answering Paragraph 210, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

211.   Answering Paragraph 211, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

212.   Answering Paragraph 212, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

213. Answering Paragraph 213, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

214. Answering Paragraph 214, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

215. Answering Paragraph 215, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

216. Answering Paragraph 216, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

## SECOND CAUSE OF ACTION

### (WRONGFUL DEATH)

217. Defendant realleges its responses to the allegations in Paragraphs 1 through 216.

218. Answering Paragraph 218, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

219. Answering Paragraph 219, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

220. Answering Paragraph 220, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

221. Answering Paragraph 221, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

222. Answering Paragraph 222, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

223.   Answering Paragraph 223, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

224.   Answering Paragraph 224, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

225.   Answering Paragraph 225, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

226.   Answering Paragraph 226, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

217.   Answering Paragraph 217, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

218.   Answering Paragraph 218, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

229.   Answering Paragraph 229, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

## THIRD CAUSE OF ACTION

### (BANE ACT)

230.   Defendant realleges its responses to the allegations in Paragraphs 1 through 229.

231.   Answering Paragraph 231, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

232.   Answering Paragraph 232, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

20-cv-2454-L (KSC)

233.   Answering Paragraph 233, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

234.   Answering Paragraph 234, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

235.   Answering Paragraph 235, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

236.   Answering Paragraph 236, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

237.   Answering Paragraph 237, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

238.   Answering Paragraph 238, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

239.   Answering Paragraph 239, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

240.   Answering Paragraph 240, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

241.   Answering Paragraph 241, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

242.   Answering Paragraph 242, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies them.

20-cv-2454-L (KSC)

243.   Answering Paragraph 243, Defendant asserts that the allegations contained therein are legal conclusions and/or arguments to which no response is required. To the extent such allegations contain alleged facts, Defendant denies said allegations.

## PUNITIVE DAMAGES

The Punitive Damages section of the Complaint contains no charging allegations against Defendant. For that reason, an answer is not required.

## PRAYER FOR RELIEF

In response to the paragraphs in Plaintiff's Prayer for Relief, no answer is necessary. To the extent those paragraphs require an answer, Defendant denies generally and specifically, each, all, and every allegation in these paragraphs and asserts that Plaintiffs should take nothing in this suit.

## AFFIRMATIVE AND OTHER DEFENSES

1.   The Complaint fails to state a claim upon which relief may be granted.

2.   Plaintiffs are proportionately barred from recovery by their or decedent's comparative fault.

3.   To the extent the acts or omissions of others were the sole proximate causes of any injury, damage, or loss to the Plaintiffs, those acts and omissions have superseded any acts or omissions of Defendant.

4.   The liability of Defendant, if any, and responsible parties, named or unnamed, if any, should be apportioned according to their respective degrees of fault, and any liability should be reduced accordingly.

5.   Defendant asserts, as an affirmative defense, California Civil Code § 1431.2(a), which provides:

> In any action for personal injury, property damage, or wrongful death, based upon principles of comparative fault, the liability of each defendant for non-economic damages shall be several only and shall not be joint. Each defendant shall be liable only for the amount of non-economic damages allocated to that defendant in direct proportion to that defendant's percentage of fault, and a separate judgment shall be rendered against that defendant for that amount.

24

20-cv-2454-L (KSC)

6.      To the extent Plaintiffs failed to exercise reasonable care in mitigating their damages, their claims must be barred or diminished.

7.      Income taxes must be deducted from the alleged past and future lost earnings, if any.

8.      In the event Defendant is found liable, which Defendant expressly denies, Defendant is entitled to an offset against damages, if any, for all amounts received by Plaintiffs from any other source for their alleged injuries.

9.      The United States cannot be held liable under the FTCA for the acts and omissions of its independent contractors as there has been no waiver of sovereign immunity for such claims.

WHEREFORE, Defendant prays that Plaintiffs take nothing by their Complaint, that this action be dismissed in its entirety, for Defendant's costs of suit incurred herein, and for such other relief as the Court may deem just and proper.

DATED: June 30, 2023

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/ *Ernest Cordero, Jr.*
ERNEST CORDERO, JR.
Assistant U.S. Attorney

Attorneys for Defendant
United States of America

25

20-cv-2454-L (KSC)