UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CARLOS ESCOBAR MEJIA by and through its successor in interest ROSA ESCOBAR, ROSA ESCOBAR, MARIBEL ESCOBAR and JUAN ANTONIO ESCOBAR as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al,<br><br>Defendants. | Case No. 3:20-cv-02454-L-KSC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS STG INTERNATIONAL, INC. AND BE-EMNET TO FILE THEIR INITIAL RESPONSIVE PLEADING [ECF NO. 100]** |

Pending before the Court is the parties' joint motion to extend time for defendants STG International, Inc. and Be-Emnet to file their initial responsive pleading to plaintiff's Third Amended Complaint. Good cause appearing, the Court GRANTS the joint motion, and extends the deadline for defendants STG International and Be-Emnet to file an initial responsive pleading to September 5, 2023.

IT IS SO ORDERED

Dated: August 21, 2023

_____

Hon. M. James Lorenz

United States District Judge