**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

THE ESTATE OF CARLOS ESCOBAR MEJIA et al,

Plaintiffs,

v.

UNITED STATES OF AMERICA; et al,

Defendants.

CASE NO. 20-cv-2454-L-KSC

**ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND TIME TO FILE RESPONSE AND REPLY BRIEFS**

Pending before the Court is the parties' joint motion to extend time to file response and reply briefs to STG International, Inc. and Tezita Be-Emnet's ("STGi Defendants") Motion to Dismiss Plaintiffs' Third Amended Complaint.

Good cause appearing for the requested extension, the Court **GRANTS** the motion and sets the following briefing schedule:

- Plaintiffs' response is due <u>on or before October 2, 2023</u>.
- STGi Defendants' reply brief is due <u>on or before October 16, 2023</u>.

The motion hearing date of October 2, 2023 for STGi Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint is continued to October 23, 2023.

**IT IS SO ORDERED**

Dated:  September 18, 2023

_____
Hon. M. James Lorenz
United States District Judge