UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CARLOS ESCOBAR MEJIA, et al., | Case No.:  20-cv-2454-L-KSC |
| Plaintiffs, | **ORDER GRANTING IN PART JOINT MOTION TO AMEND SCHEDULING ORDER [Doc. No. 112]** |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The parties have jointly moved to amend the operative Scheduling Order. Doc. No. 112 (the "Joint Motion"). The Court's docket reflects a general lack of diligence by all the parties in preparing this case for trial. *See* Doc. Nos. 81, 96. Defendants' collective decision to wait for the close of discovery to depose plaintiff Juan Antonio Escobar is consistent with the approach. Even so, multiple unexpected hospitalizations for Mr. Escobar establish good cause to continue fact discovery for the taking of his deposition. The Joint Motion is **GRANTED IN PART**. The fact discovery cutoff will be continued until December 31, 2023, but only for the purpose of taking Mr. Escobar's deposition. The Court expects the parties will secure his deposition sufficiently in advance of the Mandatory Settlement Conference currently set for January 8, 2023, to allow them to

20-cv-2454-L-KSC

meaningfully participate in settlement discussions. Two other factors apply:

(1)    Fact discovery is otherwise closed on November 30, 2023. **No other fact discovery shall occur after the fact discovery cutoff**.

(2)    Expert discovery dates are not continued and will not be continued unless there is a showing of good cause. The failure to secure fact discovery will not be good cause.

**IT IS SO ORDERED**

Dated: November 29, 2023

Hon. Karen S. Crawford
United States Magistrate Judge

20-cv-2454-L-KSC