UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CARLOS ESCOBAR MEJIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA et al, <br><br> Defendants. | Case No. 3:20-cv-02454-L-KSC <br><br> **ORDER GRANTING IN PART JOINT MOTION TO EXCUSE PLAINTIFF JUAN ANTONIO ESCOBAR AND DEFENDANT TEZITA BE-EMNET FROM APPEARANCE AT SETTLEMENT CONFERENCE [Doc. No. 115]** |

The parties' Joint Motion [Doc. No. 115] is **GRANTED IN PART.** Plaintiff Juan Antonio Escobar and Defendant Tezita Be-Emnet are excused from personally attending the Mandatory Settlement Conference on January 8, 2023. Both parties must remain reasonably reachable by telephone if their presence is required to answer questions posed by the Court or if there is a settlement to be placed on the record.

**IT IS SO ORDERED**.

Dated: January 5, 2024

_____

Hon. Karen S. Crawford
United States Magistrate Judge