# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ESTATE OF CARLOS ESCOBAR MEJIA, et al,

                    Plaintiffs,

    vs.

UNITED STATES OF AMERICA, et al,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:20-cv-2454-L-KSC

**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDNAT TEZITA BE-EMNET WITH PREJUDICE**
**[ECF NO 122]**

Pending before the Court is a Joint Motion to Dismiss Defendant Tezita Be-Emnet with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Good cause appearing, the Court dismisses the case with prejudice as to Defendant Be-Emnet.

    **IT IS SO ORDERED**

Dated:  March 12, 2024

_____
Hon. M. James Lorenz
United States District Judge