# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CARLOS ESCOBAR MEJIA et al, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; et al, <br><br> Defendants. | Case No.: 20-cv-2454-L (KSC) <br><br><br> **ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT UNITED STATES WITH PREJUDICE [ECF NO. 126]** |

Pending before the Court is a Joint Motion to Dismiss Defendant United States pursuant to settlement agreement. [ECF No. 126.] Good cause appearing, the Court GRANTS the Joint Motion and dismisses the United States from this case with prejudice. The Parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated:  April 19, 2024

_____

Hon. M. James Lorenz
United States District Judge

20cv2454-L-KSC