# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CARLOS ESCOBAR MEJIA et al, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; CORECIVIC OF TENNESSEE LLC; et al, <br><br> Defendants. | No. 20-cv-2454-L-KSC <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS CORECIVIC OF TENNESSEE LLC, C. LAROSE, AND J. ROEMMICH** |

Pending before the Court is the parties' Joint Motion to Dismiss Defendants CoreCivic of Tennessee LLC, C. Larose, and J. Roemmich.  Good cause appearing, the Court GRANTS the Joint Motion [ECF No. 125] and dismisses the case with prejudice as to Defendants CoreCivic of Tennessee LLC, C. Larose, and J. Roemmich, each side to bear its own costs, expenses, and fees.

**IT IS SO ORDERED**

Dated:  April 19, 2024

_____
Hon. M. James Lorenz
United States District Judge

Case No. 20-cv-2454-L-KSC