UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CARLOS ESCOBAR MEJIA et al, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al, <br><br> Defendants. | Case No. 3:20-cv-02454-L-KSC <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT STG INTERNATIONAL, INC WITH PREJUDICE [ECF NO. 129]** |

Pending before the Court is the parties' Joint Motion to Dismiss Defendants STG International, Inc.  Good cause appearing, the Court GRANTS the Joint Motion [ECF  No. 129] and dismisses the case with prejudice as to Defendant STG International, Inc., each side to bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated:  April 26, 2024

_____
Hon. M. James Lorenz
United States District Judge